# Court of Appeals
# of the State of Georgia

ATLANTA, August 12, 2026

*The Court of Appeals hereby passes the following order:*

**A27A0002. EDDIE SILAS HENDERSON, JR. v. LVNV FUNDING LLC, AS ASSIGNEE OF DISCOVER FINANCIAL SERVICES.**

In this garnishment action, pro se defendant Eddie Henderson, Jr., filed two notices of appeal: one from a trial court order purportedly entered on June 8, 2026,[1] and one from an order entered on June 25, 2026. We lack jurisdiction.

An appeal in a case involving garnishment must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(4), (b); *Maloy v. Ewing*, 226 Ga. App. 490, 491 (486 SE2d 708) (1997). See *Prison Health Servs. v. Ga. Dep't of Admin. Servs.*, 265 Ga. 810, 811(1) (462 SE2d 601) (1995) (an order is subject to the discretionary review procedure "if the underlying subject matter of the appeal is one contained in OCGA § 5-6-35"). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Consequently — and pretermitting whether this appeal suffers from one or more additional jurisdictional defects — Henderson's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct

---

[1] The record on appeal contains no order entered on that date. It appears that Henderson may have intended to appeal orders entered on January 20, February 9, March 9, and/or June 9, 2026.

appeal, which is hereby DISMISSED. See *Maloy*, 226 Ga. App. at 491; *Smoak*, 221 Ga. App. at 257–58.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   08/12/2026*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*